## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. |
| v. | : | DATE FILED: |
| DAVID BARNHOUSE | : | VIOLATIONS: |
| | | 18 U.S.C. § 111 (resisting and impeding |
| | : | federal officers – 1 count) |
| | | 18 U.S.C. § 1501 (obstruction of service |
| | : | of judicial process – 1 count) |
| | | 18 U.S.C. § 1519 (destruction of records in |
| | : | federal investigation – 1 count) |
| | | 18 U.S.C. § 2232(a) (destruction of |
| | : | property to prevent seizure – 1 count) |

**INDICTMENT**

**COUNT ONE**

**THE GRAND JURY CHARGES THAT:**

On or about November 19, 2013, in the Eastern District of Pennsylvania, defendant

**DAVID BARNHOUSE**

intentionally forcibly resisted, impeded, and interfered with a federal officer, namely Special

Agents of the Federal Bureau of Investigation known to the grand jury, which acts involved

physical contact with those FBI Agents, while those FBI Agents were engaged in and on account

of the performance of their official duties.

In violation of Title 18, United States Code, Section 111.

<u>**COUNT TWO**</u>

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about November 19, 2013, in the Eastern District of Pennsylvania, defendant

**DAVID BARNHOUSE**

knowingly and willfully obstructed, resisted, and opposed a federal officer, namely Special Agents

with the Federal Bureau of Investigation known to the grand jury, in the Agents' attempt to

execute a federal search warrant authorized by a United States Magistrate Judge.

In violation of Title 18, United States Code, Section 1501.

2

## COUNT THREE

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about November 19, 2013, in the Eastern District of Pennsylvania, defendant

**DAVID BARNHOUSE**

knowingly destroyed, concealed, and covered up records, documents, and tangible objects with the

intent to impede, obstruct, and influence an investigation and proper administration of a federal

search warrant, a matter within the jurisdiction of the Federal Bureau of Investigation, an agency

of the United States.

In violation of Title 18, United States Code, Section 1519.

## COUNT FOUR

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about November 19, 2013, in the Eastern District of Pennsylvania, during the execution of a lawfully authorized search warrant by Special Agents of the Federal Bureau of Investigation, defendant

### DAVID BARNHOUSE

knowingly destroyed, damaged, disposed of, and otherwise took action with respect to property subject to seizure under the search warrant for the purpose of preventing and impairing the ability of Special Agents of the Federal Bureau of Investigation from taking the property into their custody and control.

In violation of Title 18, United States Code, Section 2232(a)

**A TRUE BILL:**

_____
**FOREPERSON**

_____
**ZANE DAVID MEMEGER**
**UNITED STATES ATTORNEY**

4